LAW OFFICE OF PETER A. ROMERO PLLC
Peter A. Romero, Esq.
103 Cooper Street
Babylon, New York 11702
Tel. (631) 257-5588
Promero@RomeroLawNY.com

*Attorneys for Plaintiffs*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 03 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GIAN FRANCO VILLALTA, on behalf of himself and
all other similarly situated persons,

                          Plaintiffs,
  -against-

BREAKAWAY COURIER CORPORATION and
AMAZON.COM, LLC,

                          Defendants.
-----------------------------------------------------------------X

Docket No.: 17-CV-1780

**NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

Pursuant to F.R.C.P. 41 of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

Dated: June 2, 2017

                                    LAW OFFICE OF PETER A. ROMERO PLLC

                By: _____
                                    Peter A. Romero, Esq.
                                    103 Cooper Street
                                    Babylon, New York 11702
                                    (631) 257-5588
                                    promero@romerolawny.com

SO ORDERED: Case closed, without prejudice.

s/ Arthur D. Spatt
_____             6/3/17
Arthur D. Spatt, U.S.D.J.                                          Date